IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMER R. MOSTAFA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. |
| MORTON COLLEGE, and WILLIAM ) | |
| VOIGHT, individually and as Agent of ) | |
| MORTON COLLEGE, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

The Defendants, MORTON COLLEGE and WILLIAM VOIGHT, by K. Austin Zimmer of Del Galdo Law Group, LLC, present this Notice of Removal, hereby requesting the removal of this case, originally filed in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, and in support thereof state:

1. On December 14, 2015, the Plaintiff filed this cause of action in the Circuit of Cook County, Illinois, as case No. 2015 CH 18045. *A copy of the Plaintiff's Complaint and summons is attached hereto pursuant to 28 U.S.C. § 1446 (a) as Exhibit "A."*

2. On December 21, 2015, the Court granted the Plaintiff leave to file an Amended Complaint. *A copy of the December 21, 2015 Court Order is attached hereto as Exhibit "B."*

3. On December 22, 2015, the Plaintiff filed a one-count Amended Complaint for Judicial Review by *Writ of Certiorari* against Morton College, *a copy of which is attached hereto as Exhibit "C."*

4. On January 19, 2016, the Court granted the Plaintiff leave to file a Second Amended Complaint. *A copy of the January 19, 2016 Court Order is attached hereto as Exhibit "D."*

5. On January 29, 2016, the Plaintiff filed a three-count Amended Complaint, *a copy of which is attached hereto as Exhibit "E."*

6. In the most recent Amended Complaint, the Plaintiff added a count for violation of his civil rights under Title VI of the Civil Rights Act of 1964 (Count II) and a count for defamation (Count III). (*Exhibit "E"*).

7. Additionally, the Plaintiff added William Voight as a defendant in the most recent Amended Complaint. (*Exhibit "E"*).

8. Defendant Voight has not yet been served with the most recent Amended Complaint; however, he consents to the removal of this matter to the United States District Court for the Northern District of Illinois.

9. The Defendants first ascertained that the case became removable upon receipt of the Amended Complaint filed on January 29, 2016.

10. This Notice is being timely filed within thirty (30) days of the Defendants first ascertaining that the case has become removable.

11. Count II of the Amended Complaint has original jurisdiction under the provision of 28 U.S.C. §§ 1331 and 1343, and is an action which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§ 1441, 1443, and 1446, in that Count II of the Complaint is an action brought for alleged violations of the Plaintiff's civil rights under Title VI of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 2000d.

Respectfully submitted,
MORTON COLLEGE and WILLIAM VOIGHT


/s/ *K. Austin Zimmer*
Del Galdo Law Group, LLC
One of Its Attorneys

K. Austin Zimmer (#6276227)
Joseph A. Giambrone (#6309071)
DEL GALDO LAW GROUP, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
(708) 222-7000
(708) 222-7001 (fax)
Firm I.D. 44047