SAFEGUARD BUSINESS SYSTEMS, INC.

**Complaint-Verified** (This form replaces CCMD-8A)          CCM N008-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Amer R. Mostafa
_____
Plaintiff(s)

v.

Morton College And Del Galdo Law Group
_____
Defendant(s)

No. _2015CH18045_
CALENDAR/ROOM 04
TIME 00:00
Injunction

Contract _____

Amount Claimed $ _____

Return Date _____

### COMPLAINT

The Plaintiff(s) claim(s) as follows: Petition for an emergency injunction relief. I was Wrongfuly expelled out of Morton College, because one of my Six Teachers illegedly Accused me of false allegations. Morton College decided to expel me Without Sharing any official Reports Made Against Me, After Speaking with my Five other Teachers, I Realized they Fel bad for me because I was one of their best students. they are Willing to hand me the Final Exam if I am allowed back to School. this Week is the Final Week. All Ar Asking for is Attending School to Pickup and Drop off my Exams Without Talking to Anyone Except my Five teachers. I Pray to the Judge System for Assistance in this Matter because this Semester Credit hours are needed to Get Hired by the Chicago Police Department.

I, _____, certify that I am the _____
      (Name)                                      (Name of Attorney if applicable)
plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____    Pro Se 99500    Dated: 12/14/2015

Atty. (or Pro Se Plaintiff)
Name: Amer R. Mostafa
Address: 1214 S. 61st Ave.
City/State/Zip: Cicero, IL 60804

EXHIBIT A

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein

Motion - General Form (This form replaces CCMD-39)    (2/24/05) CCG N702

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Amer R. Mostafa
**Plaintiff(s)**

v.

No. 15 CH 18045

Morton College & Del Galdo Law Group
**Defendant(s)**

TO: Morton College & Del Galdo Law Group

MOTION BY Amer R. Mostafa FOR Emergency Injunction.

to be heard on Tuesday, December 15, 2015 at 2:00 pm in Courtroom 2508.

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: 12/14/2015

Attorney Certification

Atty. No.: Pro Se
Name: Amer R. Mostafa
Atty. for:
Address: 1214 S. 61st Ave.
City/State/Zip: Cicero, IL. 60804
Telephone: (773) 968-4222

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served            | 2121 - Served            |
|--------------------------|--------------------------|
| 2220 - Not Served        | 2221 - Not Served        |
| 2320 - Served By Mail    | 2321 - Served By Mail    |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS**              | **ALIAS - SUMMONS**      |

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

Amer R. Mastafa

v.

Morton College And Del Galdo law Group

No. _____

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room **2508**, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: Pro Se
Name: Amer R. Mastafa
Atty. for: _____
Address: 1214 S. 61st Ave.
City/State/Zip: Cicero, IL 60804
Telephone: (773) 968-4222

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, _____

Clerk of Court
Date of service: **DOROTHY BROWN** DEC 14 2015
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**