Order (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Mostafa

v.

Morton College

No. 15 CH 18045

### ORDER

This matter coming to be heard on Plaintiff's emergency TRO, due notice having been given, and the Court being fully advised in the premises, it is hereby ordered THAT:

① CVLS accepts the court's ~~request~~ appointment to represent Plaintiff in the above-captioned matter & is granted leave to file its appearance instanter;

② All matters, including △'s 2-615 Motion to Dismiss entered & continued;

③ π granted leave to file amended Petition/Complaint by 12/22/15

④ Case continued for status on 12/23/15, 11:30 AM.

Atty. No.: 44047

Name: Del Galdo Law Group (JAG)

Atty. for: △

Address: 1441 S. Harlem Ave.

City/State/Zip: Berwyn, IL 60402

Telephone: 708-222-7000

ENTERED
JUDGE MARY LANE MIKVA - 1890
Dated: DEC 21 2015
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge                Judge's No.


EXHIBIT B

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY