ELECTRONICALLY FILED
12/22/2015 11:18 AM
2015-CH-18045
CALENDAR: 06
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

| | |
|---|---|
| AMER MOSTAFA,<br>    Petitioner;<br><br>v.<br><br>MORTON COLLEGE,<br>    Defendant. | 15 CH 18045 |

### NOTICE OF FILING

To:   Delgado Law Group
      Attn: Joseph Giambrone
      1441 S. Harlem Ave.
      Berwyn, IL 60402

PLEASE TAKE NOTICE that we have caused to be filed with the Clerk of the Circuit Court of Cook County, Illinois on December 22, 2015, the following documents, copies of which are attached hereto:

**AMER MOSTAFA'S AMENDED COMPLAINT FOR JUDICIAL REVIEW**

BY: /s/ Matthew Hulstein
        Matthew Hulstein

Name:           Chicago Volunteer Legal Services Foundation
Attorneys for:  Petitioner Amer Mostafa
Address:         33 N. Dearborn, Suite 400
City:             Chicago, IL 60602
Telephone:     312-332-8217
Atty No:         91139

---

CERTIFICATE AND AFFIDAVIT OF DELIVERY (PERSONALLY OR BY MAIL)

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat. Ch. 110, par. 1-109, that the above notice and indicated appearance form were placed in the U.S. mail at 33 N. Dearborn St., Chicago, IL, and directed to the parties at the address set forth above at or before 5:00 P.M. on December, 22, 2015.

/s/ Matthew Hulstein                         Matthew Hulstein
(Signature)                                          (Print Name)


EXHIBIT C

ELECTRONICALLY FILED
12/22/2015 11:18 AM
2015-CH-18045
PAGE 2 of 5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

AMER MOSTAFA,
    Petitioner;

v.

MORTON COLLEGE,
    Respondent.

15 CH 18045

## AMER MOSTAFA'S AMENDED PETITION
## FOR JUDICIAL REVIEW BY WRIT OF CERTIORARI

NOW COMES Petitioner Amer Mostafa ("Petitioner") by and through his attorneys at Chicago Volunteer Legal Services ("CVLS") and hereby petitions this Court by common law *writ of certiorari* to review the decision issued by Respondent, Morton College ("Respondent; Morton College"). In support of his petition, he states as follows:

1. Petitioner is a resident of Cook County, Illinois.

2. Respondent is a community college, created under the Illinois Public Community College Act, 110 ILCS 805/1-1. Neither this Act nor Morton College's Student Handbook have adopted Illinois's Administrative Review Law.

3. Petitioner was a student at Morton College, starting in the fall of 2015. Petitioner had a contractual relationship with Morton College and had paid valuable consideration for the classes he was taking.

4. On October 16, 2015, Respondent sent Petitioner a letter, stating "[Incident reports] allege that your behavior and actions have fallen below the standards and expectations of Morton College" and claiming Petitioner violated a handful of provisions from the Student Handbook. A copy of this letter is attached hereto as Exhibit A.

1

5. The letter indicated a Discipline Hearing would be held on October 27, 2015. Ex. A. After a few continuances, the hearing was held on December 1, 2015.

6. Later that same day (December 1, 2015), Morton College issued a final administrative decision expelling Petitioner from school and baring his presence on campus. A copy of this letter is attached as Exhibit B.

7. Petitioner was a party to the administrative processes that led to the December 1, 2015 decision referenced above. Petitioner was adversely affected by that decision.

8. Petitioner has exhausted all available administrative remedies and has no further plain, speedy, adequate remedy in the ordinary course of law.

9. Respondent's December 1, 2015 decision is not in accordance with the law.

WHEREFORE, Petitioner Amer Mostafa respectfully asks this court:

1. Reverse Respondent Morton College's decision, dated December 1, 2015, and reinstate his status as a student of that school, or alternatively, remand for a rehearing;

2. In the case of a reversal or remand, direct Respondent to remove any disciplinary findings from Petitioner's student files.

3. Grant any further relief this Court deems equitable and just.

ELECTRONICALLY FILED
12/22/2015 11:18 AM
2015-CH-18045
PAGE 3 of 5

RESPECTFULLY SUBMITTED,

_____
Matthew Hulstein

Chicago Volunteer Legal Services
Attorneys for Petitioner Amer Mostafa
33 N. Dearborn St., Ste. 400
Chicago, IL 60602
312-332-8217
mhulstein@cvls.org
Atty. No. 91139



**MORTON COLLEGE**
*Imagine what you can do!*

3801 South Central Avenue – Cicero, Illinois 60804-4398

October 16, 2015

Amer Mostafa
1214 61st Avenue
Cicero, Illinois 60804

Dear Mr. Mostafa,

A Formal Code of Conduct Violation Hearing has been scheduled for *Tuesday, October 27, 2015 at 4:30 p.m.* in the Board Room located in Room 221B

Incident reports regarding your behavior have been submitted to the Office of the Dean of Student Development and Ombuds Services. These reports allege that your behavior and actions have fallen below the standards and expectations of Morton College. According to the reports you are allegedly in violation of the following standards, which may be found on page 91 of the Student Handbook:

- Creating a hostile environment, and any other behaviors which intimidate, threaten, coerce, or endanger the safety of others
- Loud, abusive or offensive language
- The use and/or possession of firearms, ammunition, explosives, explosive devices, fireworks, other weapons or dangerous chemicals on College premises or at an official College activity off campus

You are entitled to bring witnesses and/or evidence to this Code of Conduct Violation Hearing. In the event you do not attend this appointment, your records could be encumbered and a decision will be made in your absence. This could affect your future enrollment at Morton College and other colleges/universities. Your compliance is critical. Should you have any questions before the meeting, please contact the Dean of Student Development at 708-656-8000x2401.

Sincerely,

Yesenia N. Avalos, EdD
Dean of Student Development and Ombuds Services

EXHIBIT A

ELECTRONICALLY FILED
12/22/2015 11:18 AM
2015-CH-18045
PAGE 4 of 5



3801 South Central Avenue ~ Cicero, Illinois 60804-4398

December 1, 2015

Amer Mostafa
1214 61st Avenue
Cicero, Illinois 60804

ELECTRONICALLY FILED
12/22/2015 11:18 AM
2015-CH-18045
PAGE 5 of 5

Dear Mr. Mostafa,

You attended and participated in a Formal Code of Conduct Violation hearing on December 1, 2015 in response to your appeal of a previous Dismissal notice sent to you on November 10, 2015. This letter serves to inform you that the disciplinary board has decided the following:

    Dismissal:    Permanent separation from the college.

Morton College is committed to providing all members of the college community with a safe environment. Your presence on campus is *strictly prohibited* effective immediately.

Sincerely,

Yesenia N. Avalos, EdD
Dean of Student Development and Ombuds Services



www.morton.edu      708.656.8000