Order     1 of 2     (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Mustafa

v.     No. 15 CH 18045

Morton College

### ORDER

On status of Morton College's Motion to Lift the Stay. Counsel for both parties present. Due notice having been given and this court being fully advised HEREBY ORDERS:

1) Morton's Motion to Lift the Stay is withdrawn as Moot pursuant to an agreed order.
2) Mustafa has until 1-29-16 to amend his complaint. Morton shall answer/otherwise plead by 2-26-16.
3) Status set for 3-11-16 at 9:45 am in 2508.

Atty. No.: 91139
Name: CVLS
Atty. for: Mustafa
Address: 33 N. Dearborn #1400
City/State/Zip: Chicago IL 60602
Telephone: 312-332-8217

ENTERED:
JUDGE MARY LANE MIKVA - 1890
JAN 19 2016
Judge DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,


EXHIBIT D

Copy Distribution - White: 1. ORIGINAL - COURT FILE   Canary: 2. COPY   Pink: 3. COPY