# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mostafa,

Plaintiff(s),

v.

Morton College, et al. ,

Defendant(s).

Case No.  16-cv-2579

Judge :     Robert M. Dow, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $               ,

       which ☐ includes           pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

_____

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

_____

☒     other: This Court exercises its discretion to relinquish jurisdiction over the remaining pendent state claims, and thus dismisses the case without prejudice. This is not a remand or a transfer order, and thus Plaintiff's request "to transfer this matter back to the Chancery Division of the Circuit Court of Cook County on the ground that there is no federal jurisdiction," [15, at 1], is denied. If Plaintiff wishes to proceed with this matter in the Chancery Division, he will need to refile his lawsuit in that court. The Court notes that Plaintiff averred in open court that he would not attempt to refile Count II in any subsequent state court filings pertaining to this lawsuit.

_____

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge           without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow, Jr.  on a motion

Date:   5/12/2016                          Thomas G. Bruton, Clerk of Court

                                            Carolyn Hoesly, Deputy Clerk